# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES**

v.                                                        CASE NO: 3:17cr140-DPJ-FKB

**HEATHER WRIGHT-BEARD**                                                   **DEFENDANT**

## MOTION TO WITHDRAW

**COMES NOW,** Lisa M. Ross, Attorney for Defendant Heather Elizabeth Wright-Beard and files this Motion to Withdraw, and in support thereof, would show the following, to wit:

1. On December 27, 2017, Defendant appeared before this Court for an initial appearance on an indictment charging the defendant with violating Title 18, United States Code § 922(g)(1), namely being a felon in possession of a firearm.

2. On December 28, 2017, undersigned counsel was appointed to represent Heather Elizabeth Wright-Beard by the Federal Public Defender's Office. On December 29, 2017, undersigned counsel contacted Heather Elizabeth Wright-Beard to inform her that she had been appointed to represent her and to discuss her case with her.

3. On or about January 9, 2018, Heather Elizabeth Wright-Beard met with undersigned counsel to discuss the discovery provided by the government and to review the proposed plea agreement and plea supplement offered by the United States. After reviewing and discussing the discovery and plea documents with undersigned counsel, Heather Elizabeth Wright-Beard expressed her desire to reject the government's plea agreement and plea supplement and to proceed to a trial on the merits.

4. This matter was set for pretrial conference on January 18, 2018. On Tuesday, January 16, 2018, Heather Elizabeth Wright-Beard delivered a letter to undersigned counsel's office terminating undersigned counsel. Because of Heather Elizabeth Wright-Beard has terminated undersigned counsel, undersigned counsel requests permission to withdraw as counsel and ask this Court to give Heather Elizabeth Wright-Beard time to hire an attorney or allow the Federal Public Defender's Office to appoint new counsel to represent her in this matter.

6. This motion is not sought for reason of delay, but that justice may be served.

**RESPECTFULLY SUBMITTED**, this the 18th day of January, 2018.

/s/ Lisa M. Ross
LISA M. ROSS (MSB#9755)
Post Office Box 11264
Jackson, MS 39283-1264
(601) 981-7900 (telephone)
(601) 981-7917 (facsimile)

## CERTIFICATE OF SERVICE

I, Lisa M. Ross, attorney for Defendant, did this day caused to be served via PACER, the above Motion to Withdraw as Counsel to Keisha Middleton, counsel for the United States, and by hand delivery to the defendant.

**SO CERTIFIED**, this the 18th day of January, 2018.

/s/ Lisa M. Ross
LISA M. ROSS