GOVERNMENT
EXHIBIT
P 2

H.W.B
1945 Van Winkle Park Dr
Jackson, MS 39209

1108

David Beard
Madison County Detention Center
2935 Highway 51
Canton, MS 39046

073958



FOREV
USA

USA000255

1

April 29, 2018

I had started writing you a letter on March 18th & I wrote a little every week until last week & I stopped I think about killing myself every day. I can't go & do any more time for anyone else. Not even you, David! It angers me knowing that I was gullable enough to have married you & to be put in this position b/c you & I both know that you lied... I never shot that gun we had only been married 1 month before you were to turn yourself in on that charge in Rankin County. and we only had the monitor I.D. for the security cameras

for a month. ~~before I~~ ~~cut them~~
cut them out. I had
only seen 1 intruder
on the cameras and
that was the white guy
in a white shirt & kakkis
with the bald head &
a belly that ran up
behind you as you
walked out of the gate
in the alley way next
to the shop we live in.
He got something off
the back of (I believe)
the red vette that was
still on a trailer and he
ran off. You never ever
heard him or skipped
a beat! I had no gun
so there's no way I
could have fired any
shots in the air. So
STOP FUCKING LYIN

USA000257

3

Just an FYI (like you give a damn) 21 weeks ago, JR forced his way back into our home and has pretty much held me hostage (not leaving the house). You know there is no window to see out of to answer the door when someone knocks so I didn't know who it was. This is not the 1st time he has done this either. He normally does it when he wears his welcome out somewhere else & has no where to go. I can't tell the difference in his knock & the 1000 others that knock on the door all day, every day. We

USA000258

do not have a relationship
at all. So if you are
thinking that there is
sex & kissing you are
wrong! He has destroyed
our home & threatens
to burn it down all of
the time. Any new furniture
I've put in the house he
has put a chainsaw
through the couch, he
has set on fire. I have
asked about 10 ABS
to help me get him
out & none of them
will but all of them
have seen the chaos
that I have been going
thru. I tried to come
to see you 2 Thursdays
ago but he locked
me out of the house
~~xxxxxxxxxxx~~ night He ran
Friday by.

out the door and shattered
the passenger side glass
out of the window
proceeded to twist
my leg until It almost
broke and then sprayed
ammonia in my face
and threw several things
at the truck (like a cross,
a conventional oven, a
fan and the too ripped
the passenger side mirror
off all b/c I said that
I was calling the law to
come & get him out of
my house. Now I
was locked up in the
U-U on when he did
this, scared to death,
me & Thor. So then
when he went back
inside & locked the
door again, I called

911. They showed up, & the female cop caught an attitude almost immediately & said that she was doing a domestic report on both of us. I never put my hands on him. Then they tell me that they were not going to go into ~~our~~ our shop without a warrant giving them permission to remove him & the judge would not be in until Monday, that I had better find somewhere to stay until I could come back monday & get the judge to sign off on a warrant to get him out. Well fuck that, that is my house & he was

7

not going to win. So
as soon as ~~we~~ they left,
he opened the door &
thor & I went inside.
He started cussing me
& throwing a fit breakin
things & putting holes in
the walls as usual,
& I went to get some
tea out of the refridgerator
bc we had been locked
out for hours.. Well
when I looked up from
shutting the fridge, I
got hit right above my
left eyebrow with a
mason jar saltshaker
full of salt. I remember
seeing stars & I emmediate
grabbed my head where
it hit & stumbled back
3 times & grabbed the

USA000262

table behind me &
he was still cussing &
screaming I was gushing
blood from my head
the ~~hole~~ hole went
all the way to my skull
and he had hit an
artery so there was
tons of blood. I got
a bunch of stitches
& one really long one
I couldn't file charges
with him standing
right over me (he had
all the keys & could
have stolen the truck,
the dog & everything
in the house & shop by

USA000263

they would've caught
him. JPD could give
a fuck less! knowing
them, they would
have taken me from
the ER to jail like they
did w/ Mal & me &
JR & I before. It's
bullshit if you ask
me, so hell no, I wasn't
taking any chances!
Especially with me being
on federal probation
(thank you David!) until
I go to trial the day
before Hope's bday
(June 13th) (thanks
David!) 1 week befor
this he crushed my
foot under the dash
board of the Yukon
trying to run it off
in the a ft deep ditch

right across the street,
at the ⊕⊕⊕⊕ beginning of
Van Winkle Park Dr.
Anyway I have a concussion
& I just got my stitches
out. I daily aaa. I keep
a headache every day.
I have a follow up appt
with a brain doctor. I
have a hard time remembering
things & I guess writing
as you can see!! I stay
tired all the time &
depressed bc my whole
life has turned to shit!
I just want to die!
Maybe I can get
there this Thursday!
I will try to get you
some $ on your books
this week if I can.
If I go to jail,
everything you own

11

~~████~~ will go to
the niggers around
here b/c they'll know
that I am gone & they
will be breaking in
immediately! Nobody
will take Thor especially
where I can get him back
I was starting to send
your things to Danny
Williams but he's never
home! None of your family
wants to help you. We
will loose your building
(4643) in August to who
ever has been paying
on it for the last 3 yrs.
I owe $1400 for 2016
for 4643 & $900 for 2017
for 4645 I have tried
selling any & everything
but nothing is selling
b/c it does not run!

USA000266

And I know nothing about it! If I was able to pay the past due property tax for 4643 & you would be willing to sign it over to me & put it in my name I would get it appraised & sell it. I would put 1/2 of the $ in an account with your name on it & 1/2 in an account with my name on it. And if you would let me add my name to the deed at 4645 I could get it rented out & split the monthly with you also. However, if I go to prison you & I both lose it all! I am your next of kin, so

USA000267

no power of attorney
can be signed over
by you to any one
other than me! unless
I die! I'm just sayin
David. the FEDS told
me to sell it all & that
what I have been
doing b/c they mean
what they say! I didn't
do it to hurt you &
I still have a lot of it!
But in 1 month you
will have nothing if
they lock me up. Is all
of that shit worth
the lie that you told
to get me locked up
to keep me from sellin
your shit. I was going
to pay the bills by
selling a little bit at
a time & then buy
property, a camper

and have a bank
account with the
bigger things I sold.
Sell 4643 & keep 4164
& rent it out! & that
$ would be used for
commissary & maintenance
or bills. I've done really
well considering all I've
had to fix & replace. I've
had meathead & his
wife & baby living for
free next door since the day
that JR busted my head open.
Do you think that meathead
has even tried to get JR
out. NO! If anything
he was fixing the bathroom
sink a couple of days ago
when JR Jumped on me
and he says he never
heard a thing when I
was screaming for help!

15

And screaming his name. I
even caught JR trying to
trade him on an app on the
phone or facebook market
place. I can't remember,
trying to trade Donald
Mays's blue Z.28 for a
toyota truck for himself
He knows what & where
everything is in your
shop. You can ask
anyone I am funny
about anybody ever
going in there! Especially
JR b/c I have woke
up to being drugged a
handful of times to him
out there in your shop
doing God knows what &
why He gets mad when
I tell him to get out of
there too! I had Dusty
the other night, come to

USA000270

and put self tapping
screws along the inside
of the garage so that
nobody can take the
bolts off from the
outside & peel the tin
back in order to get in
& steal shit. I believe
that is how things have
been coming up missing
He is stacking stuff up
in the back & having
someone else steal it.
one of the 3 times that
he stole the Yukon he
loaded up 6 boxes of brand
new race car parts & ~~crap~~
was out trying to sell them
for drugs & gas money.
    The only reason I found
that out is b/c a guy named
Kenneth Drake said he
recognized that he was

USA000271

driving your truck & he
knew you & JE had
offered to sell him some
race car parts so this dude
decided to ride by & tell
me. I never got all e
boxes back just 3. I
really do not know what
all he took. Yes I called
the cops & reported the
truck stolen all 3 times
& they picked him up the
last time called & took
him & dropped him off
in pearl. What the
fuck is that about?
He is friends with an
AB named Daniel Husain
who I met b/c he saw
my picture posted on JE's
facebook Dodge dogging
him out & putting him
on blast when he busted

my head open. Husain
responded & came by
to help me fix the front
door where I could shut &
lock it again. Did he?
No! Instead he acted
like he didn't give a
fuck that we were fighting
& that he wouldn't
leave & I made this dude
leave himself! He is Ed
Moody's nephew I
believe? Even the
dudes that own
businesses up & down
our street won't get
involved b/c they know
he's crazy & they think
that I keep taking him
back when I don't
When I did have
people show up to whoop
his ass when he crushed

my foot, he welded his
self inside the house
& ran electricity to
the buralar bars on
the inside of the window
so that it would shock
whoever tried to come
through. He has tore
the Yukon completely
up. It makes me
fucking livid & sick.
Im either about to part
it out or sell it altogether
He dirties it up as soon
as I clean it, on purpose
I got a 1 day eviction
notice & he said that
he will stay until they
come & drag him out.
I can't afford to pay
$75 for 30 more days
before they come & remove
him. The front window

has been replaced twice. The shop garage door is broken b/c of him & fuck fixing it cause he turns around & breaks it again! He & Dax have buddied up on the slick. Dax is snitchin & setting people up to avoid going back to prison. JR broke 2 televisions, microwave, conventional oven, the stove, every mirror in the house, 2 ceiling fans, caught the couch on fire, broke 2 lamps, 5 pairs of sunglasses, gave all of your broken watches to an AB brother named Sawdof. Oh yeah Sawdof didn't do shit to help me other than drive him away

from the house only to
hang out with him for
2-3 days & then someone
brought him back &
dropped him off & he
hasn't left since. "Moon-
shine nor cowboy helped
me either. Now this is
1 of the 2 times that
he gave me a black eye.
He has proven 2 of my
toes & helped in knocking
out a tooth. My parents
hate him & so do my
kids. I beg him daily
to leave. He doesn't work
he doesn't contribute
to shit. He eats me out
of house & home keeping
me broke. I always have
to clean up after him
bc he doesn't lift a
finger to help. So I'm

USA000276

Constantly cleaning I
stay broke & it takes
me 5 6 hours before I
can leave & run errands
Thor does not listen to
me any more, he only
listens to JR. I cannot
stand this man
David & I have NOBODY
that will get him out
of this house that will
follow thru with it.
Every one talks too
much shit & folds
& I'm watching everything
turn to shit. I hate
my life. Dusty lives
in his camper in
front of the bld next
door (41643) and runs
off my lights (power)
& barely gives me $40
a week. And It takes

USA000277

23

an act of congress to get
him to do shit, Meathead
& his wife aren't paying
shit & haven't done
anything I've asked
about helping me in
getting the building
that they are staying
in cleared out either.
They piss in a pitcher
I let them borrow &
shit in a trash can
& have set up booby
traps everywhere
where I can't get
in the house! I told
everyone that they
have to leave by May
1st! Dusty, Meathead
& his family & you know
dumbass JR won't
go b/c he can't find
anywhere that wants

least you'll still have something when you get out & I'll do all that I can to be there for you. You fucked up! Owed it + gave it to God & let it go. I will hold no hard feelings towards you for keeping me from my babies! Like those other 2 assholes did then I would. if you did the right thing and took it all back and told the truth. Your sentencing date is rescheduled for June 26th. I suppose that you are planning on testifing against me?? That's fine. I'll do the same! I can 4 accept

USA000279

25  XXX

the commander at
precinct 2 tomorrow
again for the 3rd time
to no avail & try to
catch up with an attorney
I know that works for
the DA's office in Jackson
at the JPD & see what
else I can do. You
have made my life
very difficult & now
we are going to loose
it all b/c of your
selfish stupid ways.
Go to them & tell them
that you lied so that
they will drop this
bullshit you made up!
Don't change it all
David! So what you
get time & a surgery
charge. I'm not
going anywhere. At

USA000280

least you'll still have something when you get out & I'll do all that I can to be there for you. You fucked up! Own it, give it to God & let it go. I will hold no more hard feelings towards you for keeping me from my babies. Like those other 2 assholes did then I would if you did the right thing and took it all back and told the truth. Your sentencin date is rescheduled for June 20th. I suppose that you are planning on testifying against me?? That's fine! I'll do the same! I can't accep

guilty plea when I'm
+ guilty. And I won't
cept another person's
ne for their fuck
s ever again! I
ill appeal it, if convicted
million times, but will
ate you forever for
orting me & those that
love especially Thor
my kids. We will loose
now, dumbass!

- Think about this
- hope that God
will touch your
eart & the Holy Spirit
ill make you before,

USA000282

EXHIBIT NO. P2 evid.

CAUSE NO. 3.17CO140-DPS-FLB

WITNESS _____

CLERK: _____ SHONE POWELL

SEP 25 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Gina Hollis, REPORTER