GOVERNMENT
EXHIBIT

P3

H.W.B
1646 Van Winkle Park Dr
Jackson MS 39209

1100

David Beard
Madison County Detention Center
2935 Highway 51
Canton, MS 39046

OT3958



FOREVER
USA

USA000189



USA000190

And by "it,"
I mean
ANYTHING.

USA000191

USA000192



USA000193

on and along with you, caring more about yourself & your shit than my life & future. Or you could have just apologized and knew better than I ever did of all of the vandalism that would go on about how ridiculous it is. Have you done that much harm to other people to cause them to want to rob or kill you?

I don't know you & I don't know who you

USA000194



are trying I was
I married! I know
that I will spent this
... the end, and does
not like you and
he blesses those who
do right. You already
wasted that past 3
years of my life.
Now you are trying
to take the rest.
Is this of my
life anyway?!

God's vengeance will
be ... greater tha
what could I ever b...
... won't get
vengeance but I just
pray that you go to



USA000196

How happen'd China to
change her plan and send
sim(?)tle(?) ... thing to(?)
... ...



USA000197



You never told me
about the gun in
your closet and all
of the ammunition
what the kind of
person are you.
how could you still
find after all that
you've done to me

USA000198





Later hun!

Everybody keeps asking
me why I want to leave

USA000200

...do anything for you...▷
like care or send you
money. I married you
b/c I loved you. I
never expected ANY
of this! You are a
horrible & weak
person for what you
are doing & have done!
You will have a rough
life b/c of it if the
brothers don't Kill
you b/c of snitching
or the fact that

██████ hates you
due to you saying what
you said about him
being a snitch & that
he wasn't shit!
Poor David.. has
to be a part of a
gang to feel like
somebody. God
loves you the way
He made you. Not this
evil ass person you
have become!

USA000202

Your kids don't want
nothing to do with you
anymore. ████████████
Gave me her address
for you to send mail
to ████ cause ████████
does not want you
knowing where she
lives or her # .
But yet your wife..
Heather (the one

USA000203

you snitched on & sefu
is going to give your
1st grandchild the
motorcycle you wanted
them to have! I also
called when you asked
me to ▓▓▓▓▓▓▓ to get
▓▓▓▓▓▓▓▓ address so
you could write your
grandchild! I kept
all 3 of your children
informed about your
health & court stuff
via facebook messenger
I made sure your
building was saved
by paying the past due
property tax that you
knew about, yet
neglected! I got the

USA000204

amount of the building that we live in, reduced low enough for us to afford & got the $ money up to pay for it. Just so that you could take my name off of the deed before the deed came in but yet it was all after we were married? I made this dump a home.

I did not interfere in your affairs & was kept in the dark about EVERYTHING. Just to be ignored &

hit on! Abused &neglected
You used me like you
have used the least
(God Knows) how many
women! You are a
weak ass man &
you expect me to
not get rid of
Everything I?
If I don't, it will
all be stolen or given
away to God knows
who!... if I go to
jail. I never wanted
to do this, nor did I
sign up for it or
false charges but
you knew what you
were doing all along!
I was brought into.

USA000206

your life to bring you
back to Christ. God
gave me eyes to only
see the good you
could be or used to
be ████████ and if you were
seeking Him unstead
of all this evil &
horrible living shit!
You knew I had done
& taken charges for
2 people in the past.
It took away 19 years
of my life & everything
important to me, like
my schooling, my
family, my children
My Life!

USA000207

TIME FREE

That's why you lied
& got me caught
up in your bullshit
mess! WEAK!

Talk
to you
more Thurs
I'm too mad to
write any
more!

USA000208

EXHIBIT NO. P3 evid.
CAUSE NO. 3.11cv140-DPS-FLB
WITNESS _____
CLERK: _____ SHONE POWELL _____

SEP 25 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Gina Hollis , REPORTER