

| U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | Report of Investigation | |
|---|---|---|
| of Investigation:<br>ARD, David Calvin et al. | Investigation Number:<br>777020-17-0005 | Report Number:<br>17 |

## SUMMARY OF EVENT:

Interview of David BEARD on June 4, 2018.

## NARRATIVE:

1. On June 4, 2018, at approximately 11:30am, David Calvin BEARD was interviewed at the U.S. Marshals Service office in Jackson, Mississippi. Present for the interview was Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Nicholas Robichaux, Assistant United States Attorney (AUSA) Keesha Middleton, AUSA Jennifer Case, and BEARD's Federal Public Defender, Jessica Bourne.

2. BEARD voluntarily agreed to the interview and also agreed to provide testimony in the upcoming trial of his wife, Heather WRIGHT-BEARD. BEARD advised that he wished to testify against WRIGHT-BEARD because she had only visited him in prison one time since he was sentenced, she rarely provided him with money, she only wrote him letters about every other month and because she had been having sexual relationships with other men while he had been in prison. BEARD also stated that he hoped to be able to reduce his sentence by cooperating with the Government. BEARD said that he was fifty-five (55) years old, was in poor health, and he would like to have the opportunity to be released from prison before he died.

3. BEARD was advised that although his cooperation was appreciated, no promises could be made as to how or if his cooperation would benefit him. Only a Judge could determine the benefits, if any, that BEARD would receive from his cooperation. BEARD stated that he understood.

4. BEARD stated that he had been married to WRIGHT-BEARD since September 2016 and they lived together at 4645 Van Winkle Park Drive in Jackson. BEARD advised the living area of the residence was approximately 1000 square feet. They had dated and lived together approximately a year before. Occasionally people spent the night sleeping on the couch, but BEARD stated no other individuals lived with them.

5. BEARD advised that he has been incarcerated since December 2016 and since that time, he has learned that WRIGHT-BEARD has been having a sexual relationship with two (2) individuals, Tim BATES and "JR".

| Prepared by:<br>Nicholas A. Robichaux | Title:<br>Special Agent, Jackson Field Office | Signature: | Date:<br>6-5-18 |
|---|---|---|---|
| Authorized by:<br>Robert J. Haar | Title:<br>Resident Agent in Charge, Jackson Field Office | Signature: Acting RAC | Date:<br>6-5-18 |
| Second level reviewer (optional):<br>na K. Nichols | Title:<br>Special Agent in Charge, New Orleans Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

USA000252

BEARD said he still loves WRIGHT-BEARD and even though she was unfaithful to him, he did not want to divorce her because he is a Christian and he does not believe in divorce.

6. BEARD advised that he was a certified automobile mechanic and he would often buy and sell cars to make money. BEARD said he purchased a car in June or July of 2016 and as he was cleaning the car out, he found a .22 caliber Winchester rifle in the trunk. BEARD called the vehicle's previous owner who stated the rifle was a non-working rifle that was used to teach hunting safety courses. BEARD observed that the rifle did not have a serial number and believed the rifle was not a functioning firearm.

7. BEARD said the Winchester rifle was kept in various locations around his house until he purchased a gun safe. BEARD stated that WRIGHT-BEARD put the rifle in the gun safe along with two air rifles that belonged to him and WRIGHT-BEARD. According to BEARD, the gun safe did not have a functioning lock. The gun safe was kept in a closet that also did not have a locking door.

8. BEARD said he was scheduled to go to prison in October 2016 in reference to a home invasion that he was convicted of in Rankin County. In September 2016, BEARD began preparing to serve his prison sentence by packing his belongings and storing them until he was released. In September 2016, BEARD purchased a Taurus revolver from a friend named "Ian" for approximately $160. BEARD said he and WRIGHT-BEARD along with WRIGHT-BEARD's eleven (11) year old daughter drove to a Sonic restaurant and met with Ian in reference to purchasing the revolver. According to BEARD, Ian approached the passenger side of his car, which is where WRIGHT-BEARD was sitting, and handed her the firearm. BEARD said he and WRIGHT-BEARD inspected the firearm. BEARD agreed to purchase the firearm for WRIGHT-BEARD so she could use it to protect herself while he was in prison. After the purchase, WRIGHT-BEARD immediately took possession of the firearm.

9. BEARD stated that he did not attend his mandatory court date in October 2016 and therefore a warrant was issued for his arrest.

10. In October 2016, BEARD stated that he and WRIGHT-BEARD heard someone breaking into the shop that is attached to the rear of their home. WRIGHT-BEARD fired the revolver into the air several times to scare off the intruder. BEARD said he was not expecting WRIGHT-BEARD to shoot the revolver into the air and the incident scared him.

11. In October 2016, BEARD advised that he and WRIGHT-BEARD got into an argument at their home in Jackson. According to BEARD, WRIGHT-BEARD pointed the Taurus revolver at his face and pulled the trigger three (3) times. BEARD stated the revolver was unloaded so therefore, it did not fire. After that incident, BEARD took the revolver and gave it to his friend, Todd BATES, for safekeeping. BEARD told BATES not to give the revolver back to WRIGHT-BEARD until he went to prison. BEARD said that without his knowledge, either Todd BATES or his brother, Tim BATES, gave the revolver back to WRIGHT-BEARD prior to him going to prison.

12. BEARD was shown photos that were taken during the search warrant following his arrest. BEARD identified the closet where a black and silver box containing .22 caliber ammunition was found as belonging to WRIGHT-BEARD. BEARD said none of the belongings in that closet were his except for the DVR that was connected to his security cameras. BEARD stated that he had seen the black and silver box found in the closet, but did not know what was in it.

13. BEARD identified the bedroom in which he and WRIGHT-BEARD shared. According to BEARD, he slept on the right side of the bed and WRIGHT-BEARD slept on the left side. For orientation purposes, the left and right side can be identified by standing at the foot of the bed and facing the top of the bed. BEARD also identified items in the bedroom either belonging to him or WRIGHT-BEARD. He stated that before he gave the Taurus revolver to Todd BATES for safekeeping, WRIGHT-BEARD kept the revolver on the left side of the bed by the bedside table.

14. BEARD said he did not know the Taurus revolver was even in the house because he still believed it was in the possession of Todd BATES. BEARD recalled WRIGHT-BEARD informing him while he was in prison that the police found her revolver. BEARD inquired as to how the police found the revolver since it was not located in the house and WRIGHT-BEARD stated that she told the police where it was.

15. BEARD stated WRIGHT-BEARD has no gang affiliation, but has dated a couple of high-ranking members of the Aryan Brotherhood.

16. BEARD advised that he has not spoken to WRIGHT-BEARD since February 2018 but since that time, she has written him letters.

EXHIBIT NO. P5 evid
CAUSE NO. 3:17cr140-DPJ-FLB
WITNESS:
CLERK: SHONE POWELL

SEP 25 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Gina Mollis, REPORTER