U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| BEARD, David Calvin et al. | 777020-17-0005 | 21 |

## SUMMARY OF EVENT:

Interview of Jerry CUPSTID on June 20, 2018.

## NARRATIVE:

This report serves to memorialize the fact that a non-custodial interview of Jerry Lamar CUPSTID (W/M, DOB: 9/22/1971, SSN: 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) by Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (SA) Nicholas Robichaux and Blair Lobrano was conducted on June 20, 2017 at 1207 Summer Drive, Jackson, MS 39209. The interview was audio and video recorded. This report is intended to provide a brief summary of the substance of the interview.

1. Upon arriving at the location, SA Robichaux and SA Lobrano observed a white Dodge Dakota truck bearing Mississippi tag DBE1240 pull into the driveway. SA Robichaux observed a white male who had the same physical characteristics as Jerry CUPSTID driving the vehicle. Upon approaching the location, the white male had already exited the truck and SA Robichaux observed him enter and then exit a building at the rear of the property.

2. SA Robichaux observed that the male looked identical to Jerry CUPSTID and asked the male "Are you Jerry?" The male stated "No". SA Robichaux introduced himself as an ATF Special Agent and asked the male where Jerry CUPSTID was. The male said "He's not here right now." SA Robichaux asked the male if he could get ahold of Jerry CUPSTID and the male said "I might could." The male then said "Let me see if my mom's got his phone number."

3. SA Lobrano then asked the male what his name was. The male responded "Jerry" and asked "What am I in trouble for now, man?" SA Robichaux and SA Lobrano informed CUPSTID that he was not in any trouble.

4. CUPSTID stated he has known "Cornbread" (David Calvin BEARD) for several years and he met Heather WRIGHT-BEARD through David BEARD.

5. CUPSTID advised that he was talking to WRIGHT-BEARD one day and they were discussing BEARD's arrest

| Prepared by: Nicholas A. Robichaux | Title: Special Agent, Jackson Field Office | Signature: | Date: 6-21-18 |
|---|---|---|---|
| Authorized by: Robert J. Haar | Title: Resident Agent in Charge, Jackson Field Office | Signature: | Date: |
| Second level reviewer (optional): Dana K. Nichols | Title: Special Agent in Charge, New Orleans Field Division | Signature: | Date: |

GOVERNMENT EXHIBIT P8

ATF EF 3120.2 (10-2004)
For Official Use Only
USA000283

and search warrant that followed. WRIGHT-BEARD told CUPSTID that she was being charged for a gun that BEARD had purchased for her and that she had never seen the gun until law enforcement found it and showed it to her.

6. CUPSTID stated that one to two days prior to BEARD's arrest, he (CUPSTID) was at BEARD's residence helping him move vehicles around. BEARD showed CUPSTID a gun and said he purchased it for WRIGHT-BEARD for when he (BEARD) went to prison. BEARD then put the gun into a large toolbox.

7. According to CUPSTID, WRIGHT-BEARD told him that BEARD was saying she (WRIGHT-BEARD) had fired the gun. CUPSTID asked WRIGHT-BEARD if BEARD had ever given her the gun in which BEARD was saying she had fired. WRIGHT-BEARD informed CUPSTID that BEARD had never given her the gun.

8. CUPSTID described the gun that BEARD showed him as possibly a Ruger or Taurus revolver without a hammer and said it was possibly a .38 or .32 caliber.

9. SA Robichaux asked CUPSTID if BEARD ever gave the gun to WRIGHT-BEARD and CUPSTID stated "Oh, I don't know."

10. SA Robichaux asked CUPSTID if he could remember what month it was that BEARD showed him the gun. CUPSTID stated that he did not know. SA Robichaux asked CUPSTID if the weather was cold or hot when BEARD showed him the gun. CUPSTID said "It was warm."

The foregoing is not intended to be a verbatim or transcribed account of the interview. In accordance with Federal Rules of Evidence 1001 and 1002, an examination of the original recording of this interview is the best evidence of its content.

ATF EF 3120.2 (10-2004)
For Official Use Only
USA000284

EXHIBIT NO. P8 evid
CAUSE NO. 3:17cr140-DPJ-FCB
WITNESS
CLERK: SHONE POWELL

SEP 25 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Gina Morris, REPORTER