Jan. 16, 2018

To Attorney Lisa Ross:

I am requesting to terminate your services and I would like to ask that you request the court to extend my ~~dates for court~~ to give me ample time to hire an attorney. I do not feel as though you are doing all that you can to represent me in my plea of not guilty. I believe that I should be represented by someone that believes that I am innocent & is willing to go to battle for me. Thank you,

Heather Wright-Bond